The People of the State of New York, Respondent,
against
Juan Huggen, a/k/a Juan Huggins, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lynn R. Kotler, J., at plea; Robert M. Mandelbaum, J., at sentencing), rendered March 26, 2012, convicting him, upon a plea of guilty, of assault in the third degree and imposing sentence.




Per Curiam.
Judgment of conviction (Lynn R. Kotler, J., at plea; Robert M. Mandelbaum, J., at sentencing), rendered March 26, 2012, affirmed.
Defendant's motion to withdraw his plea of guilty was properly denied without a hearing. Defendant's unsworn and conclusory claims of coercion and duress presented no legitimate factual issues (see People v Wyant, 47 AD3d 1068 [2008], lv denied 10 NY3d 873 [2008]), and were contradicted by his plea allocution, in which he admitted his guilt; expressed his understanding of both the terms of the plea agreement and the rights he was waiving by entering into it; and confirmed that he had not been forced into pleading guilty and that he had discussed the plea agreement with defense counsel (see People v Patino, 119 AD3d 409 [2014], lv denied 25 NY3d 991 [2015]).
Although defendant claims his attorney provided ineffective assistance at sentencing, defendant was sentenced in accordance with the plea agreement, and "this is not a case where the alleged ineffectiveness of counsel goes to the voluntariness of defendant's plea" (People v Parilla, 8 NY3d 654, 660 [2007]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 13, 2016